IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SCHOOP,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA,<br><br>    Defendants.<br>_____ / | No. C 13-80067 WHA<br><br>**ORDER TO SHOW CAUSE** |

On April 5, 2013, plaintiff Catherine Schoop commenced this action against defendants Commissioner of Internal Revenue and the United States government, filing a motion to quash an IRS summons. Pursuant to Local Rule 7–3, defendants' opposition or statement of non-opposition thereto was due by April 19. None was received. Defendants have not otherwise made an appearance on this action.

Because defendants failed to respond to court deadlines governing this action, defendants are **ORDERED TO SHOW CAUSE** why the motion to quash should not be granted. If defendants fail to file a written response to this order by **TUESDAY, MAY 7, 2013 AT NOON**, plaintiff's motion to quash the IRS summons will be granted.

**IT IS SO ORDERED.**

Dated: May 2, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE